Date 6-8-2015

41,195.30

Court of Criminal Appeals
201 West 14th Street
P.O. Box 12308
Austin Texas 78711
512-463-1441

State Law Library
In mate Copy See Clerk RECEIVED IN
Tom Clock COURT OF CRIMINAL APPEALS
205 West 14th JUN 16 2015
Austin Tx 78701

Abel Acosta, Clerk

To. Clerk of the Court
    MS. Louise Pearson

I am Contact Your Court or assistance to see how much time
serving in PRISON Charge From Fannin County Court House.
With all Repects From Joseph Rickey Ceaser.
May I get Your Request for all Copies or Court Record
Indictment and Offense Report, and transcripts From your
Criminal trials or Court of Criminal Appeals and Cause #
19147 Writ 41.195 Please D O B - 3-10-1961- SSN 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.
Cause # 18448 Delivery Cocaine Article 11,07.
Indictment TRN # 9184127708 - CR11-23718 - CR-14-24944-15.15411
Indictment TRN # 9184128461 CR 14-25015
Indictment TRN # 9184106387 - CR 14-25016.
Offense OBSTRUCTION or Retalations Status 36.06 PC Status
46.04 a PC.
Calc Begin Date: 02-08-2014 - Sentence 12 Year - Cause # 19147
TDC Received Date: 08-21-2014
Clerk look on the back or this Letter to order Document
for me I am indgent dont have Money While in Prison and
my time is mess up not Serve 12 Year but I am Serve
2 Year Sentence Cause # CR 14-24944.

Richard E Glasher
District Attorney Fannin County
Fannin County Court House
101 E. Sam Rayburn D R Suite 201
Bonham Tx 75418
Ph 903-583-7459 - 903-640-1826
Criminal Justice - Texas Department of
Po Box 99-Huntsville Tx 77342-0099
209 W. 14th St Suite 500
Po Box 13084
Austin Tx 78711-3084
Brad Livingston 936-437-2106 437-2123

Clerk
Nancy Young
Fannin County District Court
Fannin County Court House
101 E. Sam Rayburn D R Suite 201
Bonham Tx 75418
903-583-7459  903-640-1826.

Signation
Joseph R Ceaser

Thank You.
Reponse Back

State Counsel for Offenders
Texas Department of Criminal Justice
Po Box 4005
Huntsville Texas 77342-4005
936-437-5203

March 18 2015
Joseph Ceaser
TDCJ-ID #1944045
Estelle Unit EZ/032
Dear Mr. Ceaser

We recently received your request for assistance.

<u>Court Records:</u> Normally the only way You can get Court Record, including offense reports, and transcripts from Your Criminal trial is from the District Clerk of the County in which you were convicted. The Cost is usually $1 Per Page. The address of the Clerk's office is available to you in the Texas Legal Directory Located in Your Unit Law Library Writ Room State Counsel for Offenders will not Obtain these Copies for you.

There are exception to this general rules. If your Case was Put on appeals by a Court appointed lawyer and he or she filed an "Anders no merit brief. You are entitled to access to Your trial Records. However, you are only entitled to the Record in Order to Prepare a Pro Se brief for the appeals. As Soon as you Received notice that Your attorney has filed Such a No merit brief. You must Request a copy from the Court of Appeals Where Your appeals is Pending.

<u>TDCJ RECORDS REQUESTS:</u> With regards to request for TDCJ Records Request. TDCJ has Provided the following information regarding Public Information Act Requests:

In Executive Directive 15.12 the Executive Director of the Texas Department of Criminal Justice has designated Executive Services as the Recipient of all ELECTRONIC MAIL and Facsimile Request Under the Open Record Act. For Such request the address: electronic mail address and facsimile number of Executive Services are as follows:

TDCJ- Executive Services
P.O. Box 99
Huntsville Tx 77342-0099."

Request for Open Record
PRP- Open Record
8610 Shoal Creek Blvd
Austin Tx 78757

<u>Criminal History From DPS:</u> The Texas Department of Public Safety Can Provide You with a Criminal history. You may Contact DPS directly to Request Copies at the following address:

Texas Department of Public Safety
PO Box 4143
Austin Tx 78765-4143
DL # 1326727
Please Send me a Driver Handbook

Thank You.

State of Texas    Texas Department of Criminal Justice

Feb 3. 2015

Brad Livinston
Executive Division
Ph 936-437-2101. 437-2123

Joseph R. Ceaser
SID# 02668525 - TDC# 1944045
264 Fm 3478
Huntsville Tx 77320-3320

Re: Open Record Request # 39710-41256

Offender Name Ceaser Rickay

To Whom It May Concern

We are unable to Comply With Your Request. In accordance with Texas Government Code Section 552.028 (a) a Government Body is not Required to accept or Comply with a Request for information from an individual Who is imprison or Confined in a Correctional Factilty or from an agent or that individual other than that individuals attorney. When the attorney is Request information that is Subject to disclosure under Open Record Act.

Studer Jenkins Parole Division Director
8610 Shoal Creek Austin Tx 78757
Price Daniels Sr Bldg
209 West 14th St Ste 300
Austin Tx 78701

Offender Status Line 844-512-0461 - T 512.936.6351 F 512.436.8120
Huntsville Institutional Parole officer
1650 7th St
Huntsville Tx 77320- Ph 936-437-5514

---

May 12-2015             State Counsle for offender
                        Texas Department of Criminal Justice
                        P.O. Box 4005
                        Huntsville Tx 77342-4005

Assistance with Sex registration. The Table of Contents in Chapter 8 in Volume 1 of the State Counsle for offender Legal Hand book Contain general infor. Since Sex Registration is a Parole (and free World Legal issues You must obtain the assistance of an outside attorney that Practices in this area of law. You can Find address in the Texas Legal Directory Blue Book. Both the Legal Hand book and Blue Blue.

Innocene Project For Free Legal Help
U. of Texas Law School
727 East 26th St
Austin Tx 78705
Texas Association Against
Sexual Assault
Texas Civil Right Project
2212 E Martin Luther King
        Jr Blvd
Austin Tx 78702

                Back Side To

State of Texas   Texas Department of Criminal Justice   Brad Livinston

Mr Ricker Ceaser # 1944045
264 Fm 3478
Huntsville Tx 77320-3320
Feb 5. 2015
Mr Ceaser
On Oct 23. 1998 You Plead Gutily to the Offense Aggravted Sexual Assault. 19147 and was Sentence to 10 Year incarcerated Which You have Since Complete. As a result of the Conviction. You have a lifetime duty to Register as Sex offender accordance to Chapter 62 of the Code of Criminals Pro. Since then you have been Conviction two Seperate time For Fail to Register as Sex offender and Currently Serving time for one of the Conviction Cause CR 14-24944 Sex offender Duty to Register Life Annually offense 62. 102 B-2. Two Year R.O.P Sentence.
Upon Your Release from TDCJ-CID it will be Necessary for you to Register as Sex offender Register with Proper Law Enforcement authority or else. You will be Subject to Criminal Penalties
Sincerely
Patrica Brody.